IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>ISLAND POINTE, LLC, LEONARD T. BROWNE, CHRISTOPHER UNION, NOVUS ARCHITECTS, INC. F/K/A SGM ARCHITECTS, INC., CRG ENGINEERING, INC., COMPLETE BUILDING CORPORATION, MOUNT HAWLEY INSURANCE COMPANY, INTERSTATE FIRE AND CASUALTY COMPANY, COLONY SPECIALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, AMERICAN SAFETY INSURANCE COMPANY, ALDERMAN CONSTRUCTION, INC., COHEN'S DRYWALL COMPANY, INC., KEVIN MOSLEY D/B/A MOSLEY CONCRETE CONSTRUCTION, FLOYD STANLEY JR. D/B/A STANLEY'S VINYL FENCE DESIGNS, TRI-COUNTY ROOFING, INC., CREEKSIDE OF CHARLESTON, INC., AMERICAN RESIDENTIAL SERVICES, LLC D/B/A ARS/RESCUE ROOTER CHARLESTON, ATLANTIC BUILDING CONSTRUCTION SERVICES, INC. N/K/A ATLANTIC CONSTRUCTION SERVICES, INC.,  TALLENT AND SONS, INC., W C SERVICES, INC., D & S SERVICES, INC., TRUTEAM, INC. D/B/A BUILDER SERVICES GROUP, INC. D/B/A GALE CONTRACTOR SERVICES LIBERTY MUTUAL FIRE INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, HARTFORD INSURANCE COMPANY, PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, OLD REPUBLIC INSURANCE COMPANY, PENN NATIONAL SECURITY INSURANCE COMPANY, | Civil Action<br>File No.: 2:17-cv-1976-RMD |

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. ART002591, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. B#BURZFR, CATAWBA INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, FIREMEN'S INSURANCE COMPANY OF WASHINGTON D.C., TAPCO UNDERWRITERS, INC., SELECTIVE INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff FCCI Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Chris Union without prejudice from this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal:

 (1) By the Plaintiff.

 (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66, and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

 (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Chris Union was named to this litigation as a notice party who may have an interest in the declarations. Chris Union is no longer involved in the underlying litigation and has no material interest in the outcome of this action for declaratory judgment. Notwithstanding, the parties hereby agree and stipulate that Chris Union will be bound by all final declarations made in this action.

At this time, Defendant Chris Union has filed no answer or motion for summary judgment. Accordingly, Defendant Chris Union may be dismissed without prejudice and without an Order of the Court.

Respectfully Submitted,

December 22, 2017

                Goodman McGuffey LLP
                Attorneys for FCCI Insurance Company

By:   s/ W. James Flynn
       W. JAMES FLYNN
       Federal Bar ID No. 9145
       jflynn@gmlj.com
       ROBERT M. DARROCH
       (Not Admitted in South Carolina)
       rdarroch@gmlj.com
       GRAYSON M. SHEPHARD
       Federal Bar ID No. 12605
       gshephard@gmlj.com
       7 Technology Circle, Suite 460
       Columbia, SC 29203-8403
       (800) 404-6930 Phone
       (855) 642-5952 Fax

The Bostic Law Group, P.A.
Attorneys for Chris Union

*Chris Ramsey*
Christopher M. Ramsey, Esq.
Fed. Bar id. No.
The Bostic Law Group, P.A.
2236 Ashley Crossing Drive
Charleston, SC 29414