IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| FCCI Insurance Company, | ) | Case No 2:17-cv-1976-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| Island Pointe, LLC, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a consent motion to (1) Dismiss the Counterclaims[1] of Defendant Palmetto Pointe at Peas Island Condominium Property Owners Association, Inc. and Elizabeth B. Bushey against FCCI and (2) deny FCCI's Motion to Dismiss those Counterclaims as moot. (Dkt. No. 142.)

Because the parties have consented, the motion (Dkt. No. 142) is GRANTED with respect to the dismissal of the Counterclaims. Additionally, FCCI's Motion to Dismiss the Counterclaims (Dkt. No. 136) is therefore DENIED AS MOOT.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

April __2__, 2018
Charleston, South Carolina

---

[1] These Counterclaims were filed at Dkt. No. 124.